

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Tami Donald, Jerry Moore, and Summit
Spring Water Company, Inc., Appellants

No. 06-15-00052-CV         v.

Brian Rhone, BMR Distributing, Inc., Chris
Rhone, and Rhone Water Company, Inc.
d/b/a Frosty's Water, Appellees

Appeal from the 336th District Court of
Fannin County, Texas (Tr. Ct. No. 38803).
Opinion delivered by Justice Moseley, Chief
Justice Morriss and Justice Burgess
participating.

 

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellees, Brian Rhone, BMR Distributing, Inc., Chris Rhone, and Rhone Water Company, Inc. d/b/a Frosty's Water, pay all costs of this appeal.

RENDERED APRIL 14, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk